Appeal from Circuit Court, Jefferson County; John P. McCoy, Judge.

RICE, J. Affirmed.

---

(106 So. 915)

J. L. CHENAULT v. STATE. (6 Div. 723.) (Court of Appeals of Alabama. May 26, 1925. Rehearing Dismissed Nov. 17, 1925.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Horace C. Wilkinson, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State. Violating prohibition laws.

SAMFORD, J. Affirmed.

---

(106 So. 915)

CITY OF BIRMINGHAM v. Lenner Agnes KIRCUS. (6 Div. 812.) (Court of Appeals of Alabama. Jan. 12, 1926.) Appeal from Circuit Court, Jefferson County; John Denson, Judge. W. J. Wynn, of Birmingham, for appellant. Altman & Taylor, of Birmingham, for appellee.

BRICKEN, P. J. Appeal dismissed by agreement.

---

(107 So. 924)

Alex CLARK v. STATE. (8 Div. 405.) (Court of Appeals of Alabama. April 13, 1926.) Appeal from Circuit Court, Limestone County; O. Kyle, Judge. Distilling.

SAMFORD, J. Affirmed.

---

(110 So. 918)

Silas CLARKE v. STATE. (1 Div. 701.) (Court of Appeals of Alabama. Nov. 16, 1926. Rehearing Denied Dec. 7, 1926.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

BRICKEN, P. J. From a judgment of conviction for violating the prohibition laws of the state, this appeal was taken. The judgment of the circuit court is affirmed, as no error appears upon the record. Affirmed.

---

(110 So. 918)

Joe COBB v. STATE. (6 Div. 33.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

RICE, J. Appeal dismissed.

---

(110 So. 919)

Loring COBB v. STATE. (6 Div. 7.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

RICE, J. Appeal dismissed.

---

(108 So. 922)

Marcus COFIELD v. STATE. (5 Div. 614.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Randolph County; N. D. Denson, Judge. Disturbing a school assemblage.

SAMFORD, J. Affirmed.

---

(110 So. 919)

Corbett COLEMAN v. STATE. (7 Div. 242.) (Court of Appeals of Alabama. Nov. 2, 1926. Rehearing Denied Nov. 23, 1926.) Appeal from Circuit Court, Cherokee County; W. W. Haralson, Judge. E. O. McCord & Son, of Gadsden, for appellant. Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for the State. Certiorari denied by Supreme Court in Coleman v. State, 110 So. 915.

RICE, J. Appellant was convicted of the offense of burglary. A discussion of the evidence would not be helpful. There was ample corroboration for the testimony of Kenneth Wood, the confessed accomplice, and the holding in the case of Thompkins v. State, 7 Ala. App. 140, 61 So. 479, is without application here. The exceptions reserved on the taking of testimony raise, in each instance, only an elementary question of law, and, since counsel for appellant have merely discussed them in brief, without citation of authority, it would seem sufficient for us to say that we have carefully examined each of them, and are of the opinion that the rulings of the court upon which the same were based were in each instance free from error. Likewise the written charges refused to defendant have been carefully examined, and we find that, in each instance where a correct principle of law was stated, the same was covered by and included in the trial court's oral charge. There appears nowhere any prejudicial error, and the judgment is affirmed. Affirmed.

---

(108 So. 922)

Frank COLIN v. CITY OF TUSCALOOSA. (6 Div. 945.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(110 So. 919)

Chris COLLINS v. STATE. (1 Div. 690.) (Court of Appeals of Alabama. Nov. 16, 1926.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Distilling and possessing still.

SAMFORD, J. Affirmed.

---

(109 So. 924)

B. C. COLLUM v. STATE. (7 Div. 258.) (Court of Appeals of Alabama. June 1, 1926.).